Jack S. Fischer, # 171703
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an Individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>　　　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendant, USAA CASUALTY INSURANCE COMPANY ("USAA CIC"), hereby removes the above-entitled action from the Superior Court of the State of California, County of Mendocino, to the United States District Court, Northern District of California, pursuant to 28 U.S.C. §§ 1332 and 1441 et seq.

As grounds for removal, USAA CIC asserts the following:

**I.     RELEVANT BACKGROUND**

1.     On or about December 17, 2007, Plaintiff PETER A. RICHARDSON ("RICHARDSON"), filed a complaint, captioned *Richardson v. USAA Casualty Insurance*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

NOTICE OF REMOVAL

*Company et al.*, Superior Court of California, Mendocino County, Case No. SCUK CVG 0750580 (hereinafter "Complaint"). (Declaration of Jack S. Fischer ("Fischer Dec."), Ex. "A"), which, together with the exhibits, represents all pleadings, process, orders, records and all other documents filed in the state action.

2.   USAA CIC was served with the Summons and Complaint on December 20, 2007.

3.   The Complaint generally alleges that USAA CIC failed to promptly and adequately investigate Plaintiff's claim and that it improperly failed to pay the claim. It is further alleged that such conduct constitutes a breach of the covenant of good faith and fair dealing.

## II. CITIZENSHIP

4.   USAA CIC is now, and was at the time the Complaint was filed, a Texas corporation with its principal place of business in the State of Texas.

5.   Plaintiff RICHARDSON is now, and was at the time the Complaint was filed, a citizen of the State of California with his principal residence being in Mendocino County.

## III. REMOVAL JURISDICTION

6.   This is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1332. Additionally, the action is removable by USAA CIC pursuant to 28 U.S.C. § 1441(b), as it is an action between citizens of different states and the amount in controversy exceeds the jurisdictional sum of $75,000.00, exclusive of interest and costs.

## IV. AMOUNT IN CONTROVERSY

7.   RICHARDSON alleges in the Complaint causes of action for: (1) declaratory relief; (2) breach of contract and (3) bad faith. (Fischer Dec., Ex. "A.")

8.   RICHARDSON's Prayer for Relief seeks damages in excess of $150,000.

## V. TIMELINESS OF REMOVAL PETITION

9.   The Complaint was filed on December 17, 2007 and USAA CIC was served on December 20, 2007. As USAA CIC filed this Notice of Removal within thirty (30) days from December 20, 2007, within one (1) year from the date of filing of the Complaint, removal is timely. 28 U.S.C. § 1446(b).

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
NOTICE OF REMOVAL

## VI. VENUE

10. This matter is properly venued in this Court as the Plaintiff RICHARDSON is a resident of Mendocino County, California, the alleged loss giving rise to this action occurred in Mendocino County, California and the insured property is located in Mendocino County, California.

11. The adverse parties have received written notice of the filing of this Notice of Removal, and a copy has been filed with the Clerk of the Superior Court of the State of California, County of Mendocino, pursuant to 28 U.S.C. § 1446(d).

Wherefore, USAA CIC prays that this action be removed to the United States District Court, Northern District of California, from the Superior Court of the State of California, County of Mendocino.

Dated: January 17th, 2008

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Jack S. Fischer
Attorneys for Defendant,
USAA CASUALTY INSURANCE COMPANY

88139/00074-1180128.v1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On January 17, 2008, I served the within documents:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § (B) (DIVERSITY)**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

Jeffrey F. Ryan
Ryan & Steiner
455 N. Whisman Road, Suite 200
Mountain View, CA 94043-5721

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 17, 2008, at Fresno, California.

*Christina M. Torres*

_____
Christina M. Torres