Jack S. Fischer, # 171703
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an Individual,<br><br>  Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>  Defendant. | Case No.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The undersigned, counsel of record for USAA CASUALTY INSURANCE COMPANY certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the court to evaluate possible disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| PARTY | CONNECTION |
|---|---|
| PETER A. RICHARDSON | Plaintiff |
| USAA CASUALTY INSURANCE COMPANY | Defendant |

Dated: January 17th, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Jack S. Fischer
Attorneys for Defendant,
USAA CASUALTY INSURANCE
COMPANY

88139/00074-1180134.v1

---

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On January 17, 2008, I served the within documents:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

Jeffrey F. Ryan
Ryan & Steiner
455 N. Whisman Road, Suite 200
Mountain View, CA 94043-5721

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 17, 2008, at Fresno, California.

_Christina M. Torres_
Christina M. Torres