James P. Wagoner, #058533
Jack S. Fischer, # 171703
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>    Defendant. | CASE NO. C 08-00347 WDB<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF COMPLAINT FOR DAMAGES**<br><br>Date:     March 11, 2008<br>Time:    1:30 p.m.<br>Ctrm:    4<br>Before:  Honorable Wayne D. Brazil<br><br>**Complaint Filed: 12/17/07**<br><br>[Accompanying Documents: Memorandum of Points And Authorities; [Proposed] Order] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on March 11, 2008, at 1:30 p.m., or as soon thereafter as the matter can be heard, in Courtroom #4 of the above-entitled Court located at 1301 Clay Street, 3rd Floor, Oakland, California, USAA CASUALTY INSURANCE COMPANY ("USAA CIC"), will move this Court for an order pursuant to Federal Rule of Civil Procedure 12(f) striking portions of the Complaint as follows:

  1.   Paragraph 28 in its entirety.

  2.   Plaintiff's prayer for punitive damages against USAA CIC, at page 5, lines 13-14.

This motion is brought on the grounds that, pursuant to F.R.C.P. 12(f), this Court may

strikeout any redundant, immaterial, impertinent and/or scandalous matter inserted into any pleading, including punitive damages allegations.

This motion is based upon the Notice of Motion and Motion to Strike, the accompanying Memorandum of Points and Authorities, the papers, records and pleadings on file herein, the reply (if any) to be filed, and any such other oral or documentary evidence that may be presented at the time of hearing on this motion.

Dated: January 22, 2008                              McCORMICK, BARSTOW, SHEPPARD,
                                                                             WAYTE & CARRUTH LLP


                                                                 By:   /s/ Jack S. Fischer
                                                                         James P. Wagoner
                                                                         Jack S. Fischer
                                                                 Attorneys for Defendant USAA CASUALTY
                                                                            INSURANCE COMPANY

88139/00074-1182419.v1