(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER A. RICHARDSON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>Defendant. | CASE NO. C 08-00347 WDB<br><br>[PROPOSED] ORDER GRANTING USAA CASUALTY INSURANCE COMPANY'S MOTION TO STRIKE PORTIONS OF COMPLAINT FOR DAMAGES<br><br>Date:     March 11, 2008<br>Time:    1:30 p.m.<br>Ctrm:    4<br>Before:  Honorable Wayne D. Brazil<br><br>Complaint Filed: 12/17/07<br><br>[Accompanying Documents: Notice of Motion; Memorandum of Points And Authorities] |

The Motion of Defendant, USAA CASUALTY INSURANCE COMPANY ("USAA CIC"), came on regularly for hearing before this court on March 11, 2008, at 1:30 p.m., in Courtroom #4 of the above-entitled court. Attorney Jack S. Fischer of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP appeared on behalf of Defendant USAA CIC. All other appearances are on the record.

/ / /

/ / /

/ / /

     After considering all papers in support of and in opposition to the motion and the oral argument of counsel, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    Paragraph 28 of Plaintiff's Complaint for Damages is stricken in its entirety.

    2.    Plaintiff's Prayer for punitive damages, as set forth at 5:13-14 of the Complaint, is stricken in is entirety.

    IT IS SO ORDERED.

Dated: _____, 2008

_____
Susan Illston
United States District Judge