IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER A. RICHARDSON,

        Plaintiff,

   v.

USAA CASUALTY INSURANCE COMPANY, et al.

        Defendants.
_____/

No. 08-347 WDB

JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to Judge Susan Illston to consider whether this case is related to case **C 08-302 SI**, in which Plaintiff Peter A. Richardson and USAA Casualty Insurance Company also are parties. The parties shall file any response in opposition to or in support of relating the cases within five (5) days of the filing date of this Order.

Dated   2/5/08

WAYNE D. BRAZIL
United States Magistrate Judge