1   James P. Wagoner, # 058553                    (SPACE BELOW FOR FILING STAMP ONLY)
Jim.wagoner@mccormickbarstow.com
2   Jack S. Fischer, # 171703
Jack.fisher@mccormickbarstow.com
3   McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
4   P.O. Box 28912
5 River Park Place East
5   Fresno, CA  93720-1501
Telephone:   (559) 433-1300
6   Facsimile:    (559) 433-2300

7   Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

8

9                 UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

10

11                     OAKLAND DIVISION

12

13   PETER A. RICHARDSON, an individual,     Case No.  C 08-00347 WDB

14          Plaintiff,             **STIPULATION AND PROPOSED ORDER**
**FOR DISMISSAL OF DEFENDANT USAA**
15   v.                            **CASUALTY INSURANCE COMPANY**

16   USAA CASUALTY INSURANCE         **[pursuant to FRCP 41(A)(1)(ii)]**
COMPANY, an insurance company form
17   of business unknown, and DOES 1-5,

18          Defendant.

19

20        IT IS HEREBY STIPULATED by and between plaintiff PETER A. RICHARDSON, by

21   and through his attorney of record, Jeffrey F. Ryan, and defendant, USAA CASUALTY

22   INSURANCE COMPANY ("USAA"), by and through its attorneys of record, Jack S. Fischer,

23   that this entire action and each cause of action stated therein against USAA shall be dismissed

24   with prejudice pursuant to the provisions of FRCP 41(a)(1)(ii).  Plaintiff and defendant also

25   agree, by and through their respective attorneys of record, that each party will bear its own costs

26   and fees in this matter.

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1   Dated: February 12, 2008                    RYAN & STEINER

2

3                                       By: _Jeffrey F Ryan_

4                                           Jeffrey F. Ryan
                                            Attorney for Plaintiff
5                                           PETER A. RICHARDSON

6   Dated: February 13th, 2008              McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP
7

8
                                       By: _____
9                                           James P. Wagoner
                                            Jack S. Fischer
10                                          Attorneys for Defendant
                                            USAA CASUALTY INSURANCE
11                                          COMPANY

12

13
                          **PROPOSED ORDER**
14
          PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant, USAA, is
15
    dismissed from this action with prejudice, each party to bear its own costs and fees.
16
    Dated: February _____, 2008
17

18
                                       _____
19                                          Judge Wayne D. Brazil
                                            United States District Court
20                                          Northern District of California

21

22  1187902.v1

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF DEFENDANT
USAA CASUALTY INSURANCE COMPANY, CASE NO. C 08-00347 WDB