James P. Wagoner, # 058553
Jim.wagoner@mccormickbarstow.com
Jack S. Fischer, # 171703
Jack.fisher@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PETER A. RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, an insurance company form of business unknown, and DOES 1-5,<br><br>Defendant. | Case No. C 08-00347 WDB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF DEFENDANT USAA CASUALTY INSURANCE COMPANY<br><br>[pursuant to FRCP 41(A)(1)(ii)] |

IT IS HEREBY STIPULATED by and between plaintiff PETER A. RICHARDSON, by and through his attorney of record, Jeffrey F. Ryan, and defendant, USAA CASUALTY INSURANCE COMPANY ("USAA"), by and through its attorneys of record, Jack S. Fischer, that this entire action and each cause of action stated therein against USAA shall be dismissed with prejudice pursuant to the provisions of FRCP 41(a)(1)(ii). Plaintiff and defendant also agree, by and through their respective attorneys of record, that each party will bear its own costs and fees in this matter.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF DEFENDANT
USAA CASUALTY INSURANCE COMPANY, CASE NO. C 08-00347 WDB

1  Dated: February 12, 2008                    RYAN & STEINER

                                               By: _____
                                                   Jeffrey F. Ryan
                                                   Attorney for Plaintiff
                                                   PETER A. RICHARDSON

6  Dated: February 13th, 2008                  McCORMICK, BARSTOW, SHEPPARD,
                                               WAYTE & CARRUTH LLP

                                               By: _____
                                                   James P. Wagoner
                                                   Jack S. Fischer
                                                   Attorneys for Defendant
                                                   USAA CASUALTY INSURANCE
                                                   COMPANY

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant, USAA, is dismissed from this action with prejudice, each party to bear its own costs and fees.

Dated: February 15, 2008

                                               _____
                                               Magistrate Judge Wayne D. Brazil
                                               United States District Court
                                               Northern District of California

1187902.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 River Park Place East
Fresno, CA 93720-1501

2

STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF DEFENDANT
USAA CASUALTY INSURANCE COMPANY, CASE NO. C 08-00347 WDB